UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

RUSSELL WILSON

                                        Plaintiff,

          **-v.-**

                                              Civil Action No.
                                              6:14-cv-187 (GLS/ESH)


CAROLYN W. COLVIN,
as Commissioner of the
Social Security Administration


                                        Defendant.

--------------------------------------------------------------------------------

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

Office of Peter W. Antonowicz         PETER W. ANTONOWICZ, ESQ.
148 West Dominick Street
Rome, New York 13440

**FOR THE DEFENDANT:**

Social Security Administration        DANIEL R. JANES, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE


## <u>ORDER</u>

   The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed March 23,

2015.  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed March 23, 2015 (Dkt. No. 19) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's decision is REVERSED and the case REMANDED pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.


IT IS SO ORDERED.

Dated:     April 10, 2015
           Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court